1
2
3
4
5
6
7
8       **UNITED STATES DISTRICT COURT**
9       **CENTRAL DISTRICT OF CALIFORNIA**
10
11      TOM PHAM,                          )   Case No. SACV 06-40-AG (JWJ)
12                    Plaintiff,           )   ORDER ADOPTING
                                           )   REPORT AND
13           vs.                           )   RECOMMENDATION
                                           )   OF UNITED STATES
14      MICHAEL J. ASTRUE ,                )   MAGISTRATE JUDGE
        Commissioner of the Social        )
15      Security Administration,          )
                                           )
16                    Defendant.           )
17      _____  )
18
19          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the
20      Complaint, Certified Administrative Record and other papers along with the
21      attached Report and Recommendation of the United States Magistrate Judge, and
22      has made a de novo determination of the Report and Recommendation.  The
23      Court concurs with and adopts the conclusions of the Magistrate Judge.
24          IT IS ORDERED that a Judgment be entered remanding the decision of the
25      Administrative Law Judge to the Commissioner for further proceedings.
26      ///
27      ///
28      ///

1    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order and the Judgment of this date on the parties.

3

4  DATED: August 23, 2008

5

6  _____

7                        ANDREW J. GUILFORD
                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28