1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11 TOM PHAM,                                     ) Case No. SACV 06-40-AG (JWJ)
                                                  )
12                              Plaintiff,        )        JUDGMENT
                                                  )
13                   vs.                          )
                                                  )
14     MICHAEL J. ASTRUE ,                        )
       Commissioner of the Social                 )
15     Security Administration,                   )
                                                  )
16                              Defendant.        )
                                                  )
17 _____ )

18

19        Pursuant to the Order of the Court approving the recommendations of the

20 United States Magistrate Judge, and adopting the same as the facts and

21 conclusions of law herein,

22        IT IS ADJUDGED that the decision of the administrative law judge is

23 remanded to the Commissioner for further proceedings.

24

25 DATED: August 23, 2008

26

27 _____

28              ANDREW J. GUILFORD
                United States District Judge